IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE F. KAITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:17-cv-00005 |
| | ) | |
| v. | ) | Honorable Kim R. Gibson |
| | ) | |
| ALTOONA STUDENT TRANSPORTATION, INC. | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum in Support, which is incorporated by reference, Defendant, Altoona Student Transportation, Inc., respectfully moves the Court for the entry of judgment in its favor on the grounds that the Plaintiff cannot establish that Defendant failed to accommodate Plaintiff's religious beliefs in violation of Title VII of the Civil Rights Act of 1964. Plaintiff is also unable to establish that Defendant retaliated against Plaintiff for requesting an accommodation in violation of Title VII of the Civil Rights Act of 1964. Defendant therefore requests that its motion be granted and that this matter be dismissed, with prejudice.

2

Dated: April 17, 2017  Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Douglas G. Smith*
Douglas G. Smith
PA ID No. 56834
SmithD@jacksonlewis.com
Mariah H. McGrogan
PA ID No. 318488
Mariah.McGrogan@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
412-232-0404
412-232-3441 facsimile

*Counsel for Defendant*